IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
AUG 1 2 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

GARY LEE JACKSON,

    Petitioner,

v.

MICHAEL WENEROWICZ, et al,

    Respondents.

CIVIL ACTION
NO. 13-7095

### ORDER

**AND NOW**, this 11th day of August, 2015, upon careful and consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey and review of Petitioner's objections to the Report and Recommendation, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**[1]; and

3. There has been no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability.

BY THE COURT:

_____
Jeffrey L. Schmehl, J.

---

[1] Petitioner has also filed a Motion for Appointment of Counsel (Docket No. 28). As Petitioner's petition for writ of habeas corpus lacks merit, his Motion for Appointment of Counsel is also denied.